# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

REGINA MARIE COLLINS                                             PLAINTIFF

V.                      NO. 3:12CV00125 JTR

CAROLYN W. COLVIN,
Acting Commissioner,
Social Security Administration                                    DEFENDANT

## **JUDGMENT**

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 25th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE